1   UNITED STATES DEPARTMENT OF JUSTICE
2   Ruth A. Harvey, Assistant Director
    Frances M. McLaughlin
3   E. Kathleen Shahan
    John J. Siemietkowski
4   Trial Attorneys
    Civil Division, Commercial Litigation Branch
5   P.O. Box 875, Ben Franklin Station
    Washington, DC  20044-0875
6   Tel:  202- 514-3368
    Fax:  202-514-9163
7   John.Siemietkowski@usdoj.gov

8
    Attorneys for Plaintiff
9

10              **UNITED STATES DISTRICT COURT**

11   **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

12
    UNITED STATES OF AMERICA,            )  **Case No.  11-CV-5522  EMC**
13                                        )
                      Plaintiff,          )
14   vs.                                  )
                                          )  **STIPULATION TO APPLY COURT'S**
15   GONZALES & GONZALES BONDS AND        )  **DECEMBER 16, 2011 STAY ORDER**
     INSURANCE AGENCY, INC. and           )
16   AMERICAN SURETY COMPANY, INC.,       )
                                          )
17                     Defendants.        )
                                          )
18                                        )
                                          )
19   ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━ )

20          Pursuant to Civil L.R. 7-12, Plaintiff United States of America, on the one hand, and

21   Defendants Gonzales & Gonzales Bonds and Insurance Agency, Inc. and American Surety

22   Company, Inc. ("G&G/ASC"), on the other hand, by and through their respective counsel of

23   record, bring this administrative motion by stipulation, and stipulate and agree as follows:

24          1.      Along with the instant case, there are three related cases pending before this Court

25   and assigned to Judge Chen:  09-CV-4029, 11-CV-4794, and 11-CV-5231.

26          2.      On December 16, 2011, the Court issued a stay order in 11-CV-4794, dkt. 26, so

27   that the Court and parties may focus on the bellwether bonds and issues in 09-CV-4029.

28

3.      In keeping with this focus, the parties stipulate that the above-referenced stay order, 11-CV-4794, dkt. 26 (Dec. 16, 2011), shall apply to the instant case as of the date of the filing of this stipulation.

4.      Executing this stipulation does not constitute an admission of liability or waiver of any rights, remedies, or defenses available to either party in this or any related case.


IT IS SO STIPULATED.

Dated: January 17, 2012

TONY WEST                                    ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
Assistant Attorney General
MELINDA HAAG
United States Attorney

/s/ John  J. Siemietkowski_____        /s/ Gary A. Nye_____
J. CHRISTOPHER KOHN                        GARY A. NYE
RUTH A. HARVEY                             DAVID R. GINSBURG
E. KATHLEEN SHAHAN                         Attorneys for Defendants/Counterclaimants
(D.C. Bar No. 267872)                      GONZALES & GONZALES BONDS AND
JOHN J. SIEMIETKOWSKI                       INSURANCE AGENCY, INC. and AMERICAN
(PA Bar. No. 50346)                        SURETY COMPANY, INC.
FRANCES M. MCLAUGHLIN
(FL Bar No. 0256640)
Trial Attorneys
Civil Division, Commercial Litigation
Branch
P.O. Box 875, Ben Franklin Station
Washington, DC  20044-0875
Tel:  202- 514-3368
Fax:  202-514-9163
John.Siemietkowski@usdoj.gov
Attorneys for the United States of
America


PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:    1/23/12                          _____
                                           EDWARD M. [CHEN]
                                           United States D[istrict Judge]

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA