UNITED STATES DEPARTMENT OF JUSTICE
Ruth A. Harvey, Assistant Director
Frances M. McLaughlin
E. Kathleen Shahan
John J. Siemietkowski
Trial Attorneys
Civil Division, Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC  20044-0875
Tel:  202- 514-3368
Fax:  202-514-9163
John.Siemietkowski@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC.,<br><br>             Defendants. | **Case No.  11-CV-5522  EMC**<br><br>**STIPULATION TO APPLY COURT'S DECEMBER 16, 2011 STAY ORDER** |

Pursuant to Civil L.R. 7-12, Plaintiff United States of America, on the one hand, and Defendants Gonzales & Gonzales Bonds and Insurance Agency, Inc. and American Surety Company, Inc. ("G&G/ASC"), on the other hand, by and through their respective counsel of record, bring this administrative motion by stipulation, and stipulate and agree as follows:

1. Along with the instant case, there are three related cases pending before this Court and assigned to Judge Chen:  09-CV-4029, 11-CV-4794, and 11-CV-5231.

2. On December 16, 2011, the Court issued a stay order in 11-CV-4794, dkt. 26, so that the Court and parties may focus on the bellwether bonds and issues in 09-CV-4029.

3. In keeping with this focus, the parties stipulate that the above-referenced stay order, 11-CV-4794, dkt. 26 (Dec. 16, 2011), shall apply to the instant case as of the date of the filing of this stipulation.

4. Executing this stipulation does not constitute an admission of liability or waiver of any rights, remedies, or defenses available to either party in this or any related case.

IT IS SO STIPULATED.

Dated: January 17, 2012

TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney

/s/ John J. Siemietkowski
J. CHRISTOPHER KOHN
RUTH A. HARVEY
E. KATHLEEN SHAHAN
(D.C. Bar No. 267872)
JOHN J. SIEMIETKOWSKI
(PA Bar. No. 50346)
FRANCES M. MCLAUGHLIN
(FL Bar No. 0256640)
Trial Attorneys
Civil Division, Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC  20044-0875
Tel:  202- 514-3368
Fax:  202-514-9163
John.Siemietkowski@usdoj.gov
Attorneys for the United States of America

ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

/s/ Gary A. Nye
GARY A. NYE
DAVID R. GINSBURG
Attorneys for Defendants/Counterclaimants
GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   1/23/12

_____
EDWARD M. CHEN
United States District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]