1   Gary A. Nye, Esq. (Cal. Bar No. 126104) <gan@rpnalaw.com>
    David R. Ginsburg, Esq. (Cal. Bar No. 210900) <drg@rpnalaw.com>
2   ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
    5820 Canoga Avenue, Suite 250
3   Woodland Hills, California 91367
    Tel: (818) 992-9999; Fax: (818) 992-9991
4
5   Attorneys for Defendants/Counterclaimants

6   UNITED STATES DEPARTMENT OF JUSTICE
    Kirk Manhardt
7   John Siemietkowski <John.Siemietkowski@usdoj.gov>
    Frances M. McLaughlin <Frances.McLaughlin@usdoj.gov>
8   Commercial Litigation Branch, Civil Division
9   P.O. Box 875
    Washington, D.C. 20044-0875
10  Tel: (202) 514-3368; Fax: (202) 514-9163
11
    Attorneys for Plaintiff/Counter-Defendants

12

13                    **UNITED STATES DISTRICT COURT**

14     **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

15

16   UNITED STATES OF AMERICA,                  Case Nos.     C 11-5231 EMC
                                                              C 11-5522 EMC
17            Plaintiff,                                       C 11-4794 EMC
     vs.
18                                              Assigned to the
     GONZALES & GONZALES BONDS AND              Honorable Edward M. Chen
19   INSURANCE AGENCY, INC. and AMERICAN
     SURETY COMPANY, INC.,
20                                              **[PROPOSED] ORDER
              Defendants.                       REMANDING BONDS TO
21                                              DHS FOR
                                                RECONSIDERATION**
22   GONZALES & GONZALES BONDS AND
     INSURANCE AGENCY, INC. and AMERICAN
23   SURETY COMPANY, INC.

24            Counterclaimants,
     vs.
25
     UNITED STATES DEPARTMENT OF
26   HOMELAND SECURITY, et al.

27            Counterdefendants.

28

---

1    As set forth in the parties' January 7, 2016 Joint Case Management Statement (dkt. 275)

2  and as explained at the January 14, 2016 hearing in Case No. C 09-4029 EMC, the Department

3  of Homeland Security, Gonzales & Gonzales Bonds and Insurance Agency, Inc., and American

4  Surety Company, Inc. seek to resolve the bond breach determinations in Case Nos. C 11-5231

5  EMC, C 11-5522 EMC, and C 11-4794 in accordance with this Court's orders in Case No. C

6  09-4029 EMC.  For this reason, these matters are REMANDED for further consideration by the

7  agency.

8

9

10              2/1/16

11  DATED: _____

12

13

IT IS SO ORDERED

Judge Edward M. Chen

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER REMANDING BONDS TO DHS**                    **CASE NOS.:  C 11-5231 EMC**
                                                                  **C 11-5522 EMC**
                                                                  **C 11-4794 EMC**